THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOWN OF BEDFORD et al., Appellants, *v.* THE STATE TAX COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

(Argued May 22, 1935; decided June 11, 1935.)

*William D. Cunningham, Frank M. Gagliardi, John J. Dillon* and *Harrison T. Slosson* for appellants.

*Arthur F. Driscoll* and *Paul D. O'Brien* for Town of Pelham, respondent.

*Warren W. Cunningham* and *Haig H. Davidian* for Town of Scarsdale, respondent.

*Leonard G. McAneny, Corporation Counsel (Morris L. Rosenwasser* and *J. Raymond Hannon* of counsel), for City of Yonkers, respondent.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not voting: LEHMAN, J.